1220

No. 11–8104. BARRAZA, AKA SAAVEDRA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8107. SHAYKIN v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 11–8114. TUCKER v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 11–8116. ALSTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–8118. BARRY v. STATE BAR OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 11–8120. LONEBEAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8124. KERR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–8125. RODRIGUEZ-RODRIGUEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–8127. MELCER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–8130. COLLAZO-CASTRO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–8132. THOMPSON v. MILYARD, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 11–8136. ROSS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–8140. HUERTA-ORTEGA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8141. MORRIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8144. LINNGREN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.